596

452 A.2d 1082

Commonwealth v. Noyer, Appellant.

Petition for Allowance of Appeal Denied March 16, 1983.

Argued January 12, 1982. Bruce H. Hoffman, for appellant; Frank J. Hartye, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.

452 A.2d 1083

Hughes et al., Appellants v. Swistock etc. et al.

Argued May 20, 1981. Gary Horner, for appellants; John W. Taylor, for appellee.

Before MONTGOMERY, HOFFMAN and VAN der VOORT, JJ.

Judgment affirmed.